```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

         -v.-                   :     INDICTMENT

ANTOINE ANDRE JACKSON,          :     07 CRIM. 1038

         Defendant.             :

- - - - - - - - - - - - - - - - x
```

**ORIGINAL**

FILED U.S. DISTRICT COURT NOV 1 4 2007 S.D. W.P. OF N.Y.

### COUNT ONE

The Grand Jury charges:

1. On or about October 23, 2007, in the Southern District of New York, ANTOINE ANDRE JACKSON, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Savage 12-gauge shotgun, Model #69RXL, which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

*United States District Court*

SOUTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

vs.

ANTOINE ANDRE JACKSON,

Defendant.

# INDICTMENT

07 Cr.

(In Violation of Title 18, United States Code, Section 922(g)(1))

MICHAEL J. GARCIA

United States Attorney.

A TRUE BILL

*Ingrid R. Gustavo*
Foreperson.

11/14/07 Indictment Filed
Fox, M.J.