

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 16, 2008

The Honorable Kenneth M. Karas
United States District Court Judge
United States District Courthouse, SDNY
300 Quarropas St.
White Plains, New York 10601

    Re:   **United States v. Antoine Andre Jackson, 07 Cr. 1038 (KMK)**

Dear Judge Karas:

    In regard to the Motion to Suppress Statements, filed by counsel for the defendant in the above-referenced case on March 26, 2008, the Government consents to the holding of an evidentiary hearing. The Government believes that, at the hearing, witnesses will testify that the defendant did not invoke his right to counsel.

                Very truly yours,

                MICHAEL J. GARCIA
                United States Attorney

            By: *Sarah Krissoff*
                Sarah R. Krissoff
                Assistant United States Attorney
                (914) 993-1928 (phone)
                (914) 993-9036 (fax)

cc:    Paul P. Rinaldo, Esq. (By Fax)

*The Court will hold a hearing on June 2, at 3:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.