**MEMO ENDORSED**

# GROSSMAN & RINALDO
ATTORNEYS AT LAW

STUART J CROSSMAN
PAUL P RINALDO

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375

(718) 520-8722
Fax (718) 793-0894
E-Mail grossmanrinaldo@aol.com

May 13, 2008

Via Fax: 914 390-4152

The Honorable Kenneth M. Karras
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Antoine Andre Jackson
    07 CR 1038(KMK)

Dear Judge Karras:

I respectfully request an adjournment of the suppression hearing in the above captioned case which is presently scheduled for June 2, 2008. I am to begin trial on that date before The Honorable Colleen McMahon in the matter of United States v. Plutarco Angulo-Aguirre, et al; 07 CR 387(CM). The trial is expected to last four to five weeks.

Since I will be involved with trial preparation for the next few weeks, I request that the evidentiary hearing in the above matter be adjourned to July 14, 2008 or any other later date convenient to the Court. Assistant United States Attorney Sarah R. Krissoff has no objection to this request.

Very truly yours,

Paul P. Rinaldo

PPR/mm
cc: AUSA Sarah R. Krissoff (Via Fax)

*[Handwritten endorsement: The hearing is adjourned until July 17, 2008, at 2:00]*

*[Handwritten: So Ordered]*

*[Signature] 5/16/08*