# GROSSMAN & RINALDO
## ATTORNEYS AT LAW

STUART J. GROSSMAN
PAUL P. RINALDO

108-18 QUEENS BOULEVARD
8TH FLOOR, SUITE 5
FOREST HILLS, NEW YORK 11375

(718) 520-8722
FAX (718) 793-0894
E-MAIL: grossmanrinaldo@aol.com

July 12, 2008

Via ECF

The Honorable Kenneth M. Karras
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re: United States v. Antoine Andre Jackson
        07 CR 1038 (KMK)

Dear Judge Karras:

    The defendant herein respectfully withdraws his motion for suppression of post arrest statements and his request for the evidentiary hearing presently scheduled for July 17, 2008.

    Assistant United States Attorney Sarah R. Krissoff has no objection to the withdrawal of the motion.

Very truly yours,

Paul P. Rinaldo

PPR/mm
cc: AUSA Sarah R. Krissoff