

**U.S. Department of Justice**

United States Attorney
Southern District of New York

# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 16, 2008

BY HAND

The Honorable Kenneth M. Karas
United States District Judge
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>United States v. Antoine Andre Jackson</u>, 07 Cr. 1038

Dear Judge Karas:

The Government respectfully submits this letter to request, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 16, 2008 until July 24, 2008, the date of the next pre-trial conference, in the interest of justice. On or about July 12, 2008, the defendant withdrew his Motion to Suppress Statements, originally filed on March 26, 2008.

Thank you for your consideration of this matter.

                    Very truly yours,

                    MICHAEL J. GARCIA
                    United States Attorney

                    By: _/s/ Sarah Krissoff_____
                    Sarah R. Krissoff
                    Assistant United States Attorney
                    (914) 993-1928 (phone)
                    (914) 993-9036 (fax)

cc:    Paul Rinaldo, Esq. (By Fax)

*[Handwritten endorsement:]* The Court will hold a conference on July 24, 2008, at 3pm. Time is excluded until then in the interests of justice.

SO ORDERED

_/s/ Kenneth M. Karas_
KENNETH M. KARAS U.S.D.J.
7/16/08