```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANTOINE JACKSON,

            Defendant.

07-CR-1038 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At a conference before the Court held on September 5, 2008, the Court adopted the following schedule:

    Jury selection and trial will begin on November 5, 2008 at 9:30 a.m.

    The Government shall turn over to Defendant, pre-marked, all exhibits it intends to introduce in its case-in-chief at trial by no later than October 17, 2008. The Government also will provide, by October 17, 2008, notice of any evidence it will introduce pursuant to Federal Rule of Evidence 404(b). Defendant shall serve any in limine motions by October 24, 2008. The Government's response shall be due no later than October 29, 2008. Requests to charge and proposed voir dire shall be submitted by no later than October 10, 2008.

    The Government shall turn over all *Giglio* and 3500 material by no later than October 29, 2008. Defendant is also reminded of his discovery obligations under Rule 16.

    The date by which Defendant must accept responsibility is October 17, 2008.

    Pursuant to 18 U.S.C. § 3161(h)(8)(A), time is excluded until October 24, 2008, for the reasons stated at the aforementioned conference.

The Court will hold a final pretrial conference on November 3, 2008 at 2:00 P.M.

SO ORDERED.

DATED:   September 6, 2008
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE