UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

Antoine Andre Jackson,

       Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**
07 Cr. 1038

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

               Respectfully submitted,

               MICHAEL J. GARCIA
               United States Attorney for the
               Southern District of New York

         By:    /s/ Benjamin Allee
               Benjamin Allee
               Assistant United States Attorney
               (914) 993-1962
               Benjamin.Allee@usdoj.gov